IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

HUNTER L. NUGENT                                                                                    PLAINTIFF

v.                                  Case No. 1:16-cv-00016 JTK

CAROLYN W. COLVIN, *Acting Commissioner*
Social Security Administration                                                                   DEFENDANT

## JUDGMENT

Pursuant to the Order entered this date, this matter is dismissed without prejudice.

SO ORDERED this 22nd day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE